UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
KEVIN BEAUCHAMP, *on behalf of himself* :
*and all others similarly situated*, :
:
                           Plaintiff, :      24-CV-2217 (VSB)
:
               -against- :           **ORDER**
:
THE ELECTRIC FETUS COMPANY, :
:
                       Defendant. :
:
------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      Plaintiff filed this action on March 25, 2024, (Doc. 1), and filed an affidavit of service on April 10, 2024, (Doc. 5). The deadline for Defendant to respond to Plaintiff's complaint was April 30, 2024. To date, Defendant has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than May 24, 2024. If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    May 14, 2024
            New York, New York

                                                              VERNON S. BRODERICK
                                                              United States District Judge